UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-11009-RWZ

DUSAN PITTNER

v.

SELENE FINANCE, LP, *et al.*

ORDER

March 14, 2019

ZOBEL, S.D.J.

 The court will decide plaintiff's motion to strike (Docket #49) in conjunction with plaintiff's forthcoming dispositive motion.


|   March 14, 2019   |   /s//Rya W. Zobel   |
|:---:|:---:|
| DATE | RYA W. ZOBEL |
| | SENIOR UNITED STATES DISTRICT JUDGE |