UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DUSAN PITTNER
Plaintiff(s)

v.                                    CIVIL ACTION NO. 17CV11009-RWZ

SELENE FINANCE, LP ET AL
Defendant(s)

**JUDGMENT IN A CIVIL CASE**

ZOBEL, D.J.

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

In accordance with the MEMORANDUM AND ORDER entered on 4/14/2021; Judgment is entered for DEFENDANTS.

Robert Farrell, CLERK

s/ Haley E. Currie
Deputy Clerk

Dated; 4/22/2021